**RECEIVED**

**OCT 14 2014**

**BY MAIL**

Milton Ohlsen
08895-045
FCI Williamsburg
PO Box 340
Salters, SC 29590

US District Court
Clerk of Courts
111 South 10th Street
St. Louis, MO 63102

10/08/2014                                    RE: 4:11-cr-284 ERW

Dear Clerk,

Enclosed you should find an original copy of my MOTION UNDER 12 USC s2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY, its ADDENDUM and AFFIDAVIT to file with the Court, and a copy for you to forward to the prosecutor.

I have also enclosed an additional copy for you to stamp "FILED" and return to me at the above address.

Thank you,

*[signature]*